FILED
United States Court of Appeals
Tenth Circuit

April 10, 2025

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

───────────────────────────────

ANTHONY JEFFERSON,

    Plaintiff - Appellee,

v.

LEONARD MOORE, Major, El Dorado Correctional Facility, et al.,

    Defendants - Appellants,

and

SARA THATCHER, COI Officer, El Dorado Correctional Facility, et al.,

    Defendants.

No. 25-3020
(D.C. No. 5:23-CV-03263-TC-TJJ)
(D. Kan.)

───────────────────────────────

**ORDER**

───────────────────────────────

This matter is before the court on Appellants' memorandum brief filed in response to the court's order of March 27, 2025 identifying a possible defect in this court's appellate jurisdiction. **Within 14 days** of the date of this order, Appellee is directed to file a responsive memorandum brief addressing the same jurisdictional issue.

    Entered for the Court
    CHRISTOPHER M. WOLPERT, Clerk

    by: Jane K. Castro
        Chief Deputy Clerk