**FILED**
United States Court of Appeals
Tenth Circuit

**May 19, 2025**

Christopher M. Wolpert
Clerk of Court

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

_____

ANTHONY JEFFERSON,

    Plaintiff - Appellee,

v.

LEONARD MOORE, Major, El Dorado Correctional Facility, et al.,

    Defendants - Appellants,

and

SARA THATCHER, COI Officer, El Dorado Correctional Facility, et al.,

    Defendants.

No. 25-3020
(D.C. No. 5:23-CV-03263-TC-TJJ)
(D. Kan.)

_____

**ORDER**

_____

This matter is before the court on Appellants' memorandum brief filed in response to the court's order of March 27, 2025, which identified a possible defect in this court's appellate jurisdiction. Appellee has not filed a response addressing the jurisdictional issue.

Upon consideration, the jurisdictional issue identified in the order of March 27, 2025, and Appellants' memorandum brief are referred to the panel of judges that will be assigned to consider this appeal on the merits. A decision regarding this court's jurisdiction will not be made at this time.

The suspension of briefing is lifted. Appellants shall file their opening brief and appendix within 30 days of the date of this order. Subsequent briefing will proceed in accordance with Fed. R. App. P. 31(a).

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

by: Jane K. Castro
    Chief Deputy Clerk