UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                                                    Jane K. Castro
Clerk of Court                                                                        Chief Deputy Clerk

June 20, 2025

Mr. Matthew Shoger
Office of the Attorney General for the State of Kansas
Defensive Litigation Unit
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612

**RE:**    **25-3020, Jefferson v. Moore, et al**
             Dist/Ag docket: 5:23-CV-03263-TC-TJJ

Dear Counsel:

The appendix received in the subject case does not comply with the form requirements of
10th Cir. R. 30.1(D) (note that all form requirements also apply to supplemental
appendices). Specifically:

- The appendix is not fully searchable. *See* 10th Cir. R. 25.3, 10th Cir. R. 30.1(D),
  and the 10th Circuit CM/ECF User's Manual at Section III G (page 19).
- The bookmarks contained in the appendix do not adequately identify the
  pleadings. *See* 10th Cir. R. 25.3, 10th Cir. R. 30.1(D), and the 10th Circuit
  CM/ECF User's Manual at Section III G (page 19). Bookmarks should clearly
  identify the district court docket number, the pleading name, and the **date of filing
  in the district court** (for example: 10 Response to Motion: 2/10/2013).

You must file a corrected appendix with an updated certificate of service within three
days of the date of this notice. Do not file paper copies of your appendix (or brief)
unless/until the court orders you to do so.

The brief that was submitted with the appendix is acceptable for filing and will be filed
upon receipt of the corrected appendix. However, if the corrections made to the appendix
affect citations in the brief, a revised brief with corrected appendix citations will need to
be submitted.

The time to file a response brief will run from the date of service of the appendix.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


cc:     Anthony Jefferson


CMW/art