FILED
United States Court of Appeals
Tenth Circuit

July 3, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

ANTHONY JEFFERSON,

    Plaintiff - Appellee,

v.

LEONARD MOORE, Major, El Dorado Correctional Facility, et al.,

    Defendants - Appellants,

and

SARA THATCHER, COI Officer, El Dorado Correctional Facility, et al.,

    Defendants.

No. 25-3020
(D.C. No. 5:23-CV-03263-TC-TJJ)
(D. Kan.)

_____

**ORDER**

_____

This matter is again before the court on the appellants' *Motion to File Conventionally and Under Seal*. (Dkt. No. 17.) The *Motion* indicated that appellee Anthony Jefferson opposed the relief sought. By order entered June 17, 2025 (Dkt. No. 18), the court directed Mr. Jefferson to file a written response in opposition to the *Motion* by June 27, 2025. The court's order indicated that if Mr. Jefferson did not file a written response by June 27, 2025, the court would deem the *Motion* unopposed and proceed on that basis.

To date, Mr. Jefferson has not filed a written response in opposition to the *Motion*, and so, consistent with its June 17, 2025 order, the court deems the *Motion* unopposed.

The court grants the *Motion* in part and provisionally grants the *Motion* subject to reconsideration by the panel of judges that later will be assigned to consider this appeal on its merits in part as more fully set forth below.

**Conventional Filing**

The *Motion*—which, as noted, is unopposed—seeks leave to file a portion of appellants' appendix—namely, Exhibit V to the *Martinez* report, which consists of video footage that cannot be electronically filed—conventionally. The court grants the *Motion* (to the extent it seeks leave to conventionally file Exhibit V) as follows.

Appellants may submit Exhibit V to the Court via SharePoint Online.[1] The Clerk's Office will email a link to counsel that can be used to upload the materials to a case-specific folder on SharePoint Online. The materials must be in a familiar file format that can be accessed using commonly-available media players. Acceptable electronic formats for audio/video include AVI, MOV, WMV, WMA, FLAC, MP3, MP4, MPG, MPEG, and Wave.

Each file uploaded must be named with a file-naming convention that clearly identifies each individual file. None of the files uploaded may be password-protected.

---

[1] SharePoint Online is FIPS 140-2 certified, and every file is encrypted using AES 256-bit encryption at rest and in transit. Passwords for parties will not be required to upload materials.

Within five days of receiving the link, appellants must both upload the material and serve a copy of the material on all other parties in accordance with Fed. R. App. P. 25(b).[2]

**<u>Sealing</u>**

The *Motion* also asks the court to seal Exhibit V, on the basis that its disclosure may pose safety concerns at the relevant carceral facility.

Upon consideration, to the extent the *Motion* asks the court to seal Exhibit V, the court provisionally grants the *Motion* subject to reconsideration by the panel of judges that later will be assigned to consider this appeal on its merits. The court directs its Clerk to keep Exhibit V sealed upon receipt via SharePoint. Unless the court later orders otherwise, Exhibit V will remain under seal.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk

---

[2] The court notes that the *Motion* includes as an attachment an order of the district court that appears to indicate that Mr. Jefferson cannot possess the actual recording that comprises Exhibit V for security reasons, but that arrangements for Mr. Jefferson to view Exhibit V can be made. The court leaves those matters to the parties and—to the extent necessary—the relevant prison officials.