UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. WolpertJane K. Castro
Clerk of CourtChief Deputy Clerk

July 31, 2025

Anthony Jefferson #44578
Lansing Correctional Facility
P.O. Box 2
Lansing, KS 66043

**RE:**25-3020, Jefferson v. Moore, et al
Dist/Ag docket: 5:23-CV-03263-TC-TJJ

Dear Mr. Jefferson:

Appellee's brief has not been filed in this case. If you do not intend to participate in this appeal, please notify the court as soon as possible.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:Marcus Meyer
Jon Newman
Matthew Shoger
Katrina Smeltzer
Gaye B. Tibbets

CMW/djd