FILED
United States Court of Appeals
Tenth Circuit

October 14, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

ANTHONY JEFFERSON,

    Plaintiff - Appellee,

v.

LEONARD MOORE, Major, El Dorado Correctional Facility, et al.,

    Defendants - Appellants,

and

SARA THATCHER, COI Officer, El Dorado Correctional Facility, et al.,

    Defendants.

No. 25-3020
(D.C. No. 5:23-CV-03263-TC-TJJ)
(D. Kan.)

_____

**ORDER**
_____

Before **ROSSMAN**, Circuit Judge.
_____

The court has determined that counsel should be appointed for Appellee Anthony Jefferson pursuant to the court's Plan for Appointment of Counsel in Special Civil Appeals ("Plan"). The court has also determined that further briefing is required.

As a preliminary matter, the court finds that Appellee is eligible for appointment of counsel under the criteria set forth in the Plan. Accordingly, the court appoints Lia

Barrett[1] to represent Appellee for the remainder of the appeal. Pursuant to the terms of the Plan, Ms. Barrett accepts this appointment on a *pro bono* basis.[2]

All future filings in connection with this appeal will be served on Ms. Barrett rather than on Appellee. Ms. Barrett shall file an entry of appearance **within 10 days** from the date of this order.

Appellants filed their opening brief on June 18, 2025. Ms. Barrett shall file a response brief on behalf of Appellee **within 30 days** of the date of this order. In addition to responding to the opening brief, the response brief shall address the jurisdictional issue identified by the court in the order entered March 27, 2025. Appellants' optional reply brief will be scheduled in accordance with Fed. R. App. P. 31. Briefing must comply with all applicable Federal Rules of Appellate Procedure and Tenth Circuit Local Rules. This case will be scheduled for oral argument once briefing is complete.

The appointment of counsel is limited to representing Appellee in proceedings before this court. The appointment would extend to any proceedings in the United States Supreme Court but only if, in Ms. Barrett's judgment, the filing of a petition seeking a writ of certiorari is warranted. However, the appointment would not extend to any additional proceedings on remand in the district court.

---

[1] Lia Barrett, Latham & Watkins LLP, 555 Eleventh Street, NW, Suite 1000, Washington, DC 20004-1304.

[2] Pursuant to the Plan, this appointment is *pro bono* as to both services and expenses. See Addendum II to the Tenth Circuit Rules.

The Clerk is directed to send a copy of this order to all counsel currently of record, to Appellee, and to Ms. Barrett.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

by: Jane K. Castro
 Chief Deputy Clerk